1 RACHELE R. BYRD (SBN 190634)
2 MARISA C. LIVESAY (SBN 223247)
  BRITTANY N. DEJONG (SBN 258766)
3 **WOLF HALDENSTEIN ADLER**
    **FREEMAN & HERZ LLP**
4 750 B Street, Suite 1820
  San Diego, CA 92101
5 Telephone: (619) 239-4599
  Facsimile: (619) 234-4599
6 byrd@whafh.com
  livesay@whafh.com
7 dejong@whafh.com

8 *Attorneys for Plaintiff*

9 [Additional Counsel on Signature Page]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIVA STEIN, | Case No. 8:19-cv-02380-JLS-DFM |
| Plaintiff, | |
| | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| WILLIAM LYON HOMES, WILLIAM H. LYON, MATTHEW R. ZAIST, DOUGLAS K. AMMERMAN, ERIC A. ANDERSON, GARY H. HUNT, MATTHEW R. NIEMANN, LYNN CARLSON SCHELL, and THOMAS F. HARRISON, | JUDGE: Hon. Josephine L. Staton<br>CTRM: 10A, 10th Floor |
| Defendants. | |

1  PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure
2  41(a)(1)(A)(i), plaintiff Shiva Stein ("Plaintiff") hereby voluntarily dismisses the
3  above-captioned action (the "Action") with prejudice. Defendants have filed neither an
4  answer nor a motion for summary judgment. Plaintiff's dismissal of the Action is
5  therefore effective upon the filing of this notice. Plaintiff requests that this Court retain
6  jurisdiction for purposes of entertaining a mootness fee application, if any, which will
7  be filed under this case number.

DATED:  January 28, 2020

**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**

By:  */s/ Rachele R. Byrd*
RACHELE R. BYRD
MARISA C. LIVESAY
BRITTANY N. DEJONG
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
byrd@whafh.com
livesay@whafh.com
dejong@whafh.com

**Of Counsel**:

**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
GLORIA KUI MELWANI
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114

*Counsel for Plaintiff*

26253

- 1 -